## 12791.   Robinson *et al.* v. Bacon.

Jenkins, P. J. Upon this writ of error, by which it is sought to review a judgment of the superior court, sustaining a certiorari from a verdict and judgment in a justice's court, the judge certifies that he " sustained the certiorari generally and not upon any particular ground." The evidence did not demand the verdict rendered in the justice's court, but would have amply authorized a verdict for the petitioner in certiorari. This being the only question involved, and the order sustaining the certiorari having the effect of a first grant of new trial, it will not be disturbed. *Walker* v. *Hughes*, 120 *Ga.* 1079 (48 S. E. 387); *Maner* v. *Clark-Stewart Co.*, 27 *Ga. App.* 553 (109 S. E. 178).

                    *Judgment affirmed. Stephens and Hill, JJ., concur.*
                              Decided April 1, 1922.

Certiorari; from Tattnall superior court — Judge Strange presiding.  July 7, 1921.

*J. T. Grice, D. L. Stanfield,* for plaintiffs in error.

*C. L. Cowart,* contra.